UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANALIA FERNANDA VEGA,

Plaintiff,

-against-

BRONX HOUSING CIVIL COURT.,

Defendant.

25 CIVIL 02907 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the July 16, 2026, order, Court dismisses this action, under the doctrine of Eleventh Amendment immunity, for seeking relief from a defendant that is immune from such relief, see 28 U.S.C. § 1915(e)(2)(B)(iii), and for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3).

SO ORDERED.

Dated: July 20, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge