UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANALIA FERNANDA VEGA,

Plaintiff,

-against-

BRONX HOUSING CIVIL COURT,

Defendant.

1:25-CV-2907 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

By order dated July 15, 2026, and entered on July 17, 2026, and by judgment dated and entered on July 20, 2026, the Court dismissed this action *sua sponte*. (ECF 9, 10.) On September 17, 2026, Plaintiff filed a notice of appeal, motions for leave to proceed *in forma pauperis* ("IFP") on appeal, and an application to appeal IFP (ECF 12), as well as a motion for an extension of time to file a notice of appeal under Rule 4(a)(5) of the Federal Rules of Appellate Procedure ("Rule 4(a)(5)") (ECF 11). The Court grants Plaintiff's Rule 4(a)(5) motion, and denies Plaintiff's motions for leave to proceed IFP on appeal and her application to appeal IFP as unnecessary.

The Court therefore directs the Clerk of Court to terminate ECF 11.

SO ORDERED.

Dated: October 23, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.